# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID BRIDGES, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Docket no. 2:13-cv-00082-NT ) |
| MAURICE OUELLETTE, *et al.*, | ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 9, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. It is further ORDERED that:

1. The Motion to Dismiss (ECF No. 23) is hereby DENIED;

2. The Motion for Summary Judgment (ECF No. 12) is hereby DENIED; and,

3. The pending motion for relief pursuant to Rule 56(f) (ECF No. 28) is hereby MOOTED.

/s/ Nancy Torresen
United States District Judge

Dated this 23rd day of October, 2013.